# Court of Appeals
# of the State of Georgia

ATLANTA, March 23, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1501. JOHNNY J. UNION v. THE STATE.**

In May 2019, Johnny J. Union pled guilty to entering an automobile, for which he was sentenced to five years of probation. On December 10, 2019, the trial court revoked three years of Union's probation. Thereafter, on February 7, 2020, Union filed a pro se notice of appeal. We, however, lack jurisdiction for two reasons.

First, an application for discretionary appeal is required to appeal orders revoking probation. OCGA § 5-6-35 (a) (5); see *Todd v. State*, 236 Ga. App. 757, 758 (513 SE2d 287) (1999) (holding that where the underlying subject matter is probation revocation, the discretionary appeal procedure applies); accord *White v. State*, 233 Ga. App. 873, 874 (505 SE2d 228) (1998).

Second, even if Union had a right of direct appeal, his notice of appeal was not timely filed. A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Union's notice of appeal, filed

59 days after the trial court's revocation order, was untimely.

For these reasons, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __03/23/2020__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*